IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                         Plaintiff, )
                                       )
   vs.                                   )    Case No. 10-40096-01-RDR
                                       )
MICHELLE LAVERNE FLIPPIN, )
                       Defendant. )
_____)

## **O R D E R**

**NOW** on this 17th day of November, 2010, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of two (2) weeks to file motions herein.

The Court finds that defense counsel was out of the office from November 10th through 15th, 2010, and has not had sufficient opportunity to review the discovery and do the research necessary to prepare motions herein. Defense counsel will again be out of the office the week of November 22, 2010.

The Court further finds that the accused is currently serving a state sentence so the extension will have no effect on her custody situation, and that failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the accused have additional time up to and including November 30, 2010 to file motions in the above-entitled action, and the government shall have until December 9, 2010 to file responses. The motions hearing is rescheduled to December 21, 2010 at 10:00 a.m. The additional time requested will not prejudice the parties herein. Such additional time outweighs the best interests of the public and the defendant in a speedy trial, as set out in 18 U.S.C.

§ 3161(h)(1)(7) .

                                                                  s/Richard D. Rogers  
                                                                  United States District Judge