IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                          Plaintiff, )
                                    )
vs. ) Case No. 10-40096-01-RDR
                                    )
MICHELLE LAVERNE FLIPPIN, )
                          Defendant. )

## **O R D E R**

**NOW** on this 1st day of December, 2010, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of one (1) week to file motions herein.

The Court finds that the parties have entered into plea negotiations and that by extending the time this matter can perhaps be resolved without the necessity of filing motions.

The Court further finds that failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the accused have additional time up to and including **December 7, 2010**, to file motions in the above-entitled action, and the government shall have until **December 16, 2010**, to file responses. The motions hearing is rescheduled to **December 21, 2010, at 10:00 a.m.** The additional time requested will not prejudice the parties herein. Such additional time outweighs the best interests of the public and the defendant in a speedy trial, as set out in 18 U.S.C. § 3161(h)(1)(7).

                                                      s/ Richard D. Rogers
                                                      HONORABLE RICHARD D. ROGERS
                                                      United States District Judge