# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                    CASE NO. **10-40096-01-RDR**

**MICHELLE LAVERNE FLIPPIN,**
a/k/a "Michelle Laverne Brewer",

    **Defendant.**

# ORDER
## re: Government's Motion To Dismiss Information Pursuant To 21 U.S.C. § 851
(Doc. 9)

NOW on this 16th day of December, 2010, the above-entitled matter comes before the Court on the government's unopposed motion to dismiss the Information filed pursuant to 21 U.S.C. § 851, Doc. 9.

Having been fully advised of the reasons for the request, the Court SUSTAINS the government's motion to Dismiss the Information.

WHEREFORE, as good cause has been shown, the Court Orders that Doc. 9, the

Government's Information filed pursuant to 21 U.S.C. § 851, be and is hereby DISMISSED.

IT IS SO ORDERED.

                                                s/Richard D. Rogers
                                                United States District Judge